OPINION — AG — THE PRACTICE HERETOFORE FOLLOWED (OKLAHOMA STATE PENITENTIARY, PRISON) HAS BEEN A CORRECT ONE, AND THAT SUCH PRISONERS SO TRANSFERRED TO THE STATE HOSPITAL FOR TREATMENT ARE ENTITLED TO HAVE THE TIME SPENT IN SUCH HOSPITAL CREDITED AS TIME SERVED PURSUANT TO THE JUDGEMENT AND SENTENCE. (CLASSIFICATION, TIME SERVED, MENTAL HEALTH /) CITE: 57 O.S.H. 203 (SAM H. LATTIMORE)